# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT "BOBBY" YARBOROUGH, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
STANLEY JACOBS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JAMES WILLIAMS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
MARY LEACH WERNER, IN HER INDIVIDUAL
AND OFFICIAL CAPACITY; ROBERT DAMPP, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
REMY VOISIN STARNS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; FIELDON KING
"KING" ALEXANDER, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; WILLIAM JENKINS, IN
HIS INDIVIDUAL AND OFFICIAL CAPACITY;
TAYLOR PORTER BROOKS & PHILLIPS LLP,
WILLIAM SHELBY MCKENZIE, INDIVIDUALLY;
VICKI CROCHET, INDIVIDUALLY; ROBERT
"BOB" BARTON, INDIVIDUALLY; LESLIE
EDWIN "LES" MILES, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; JOSEPH "JOE"
ALLEVA, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; SCOTT WOODWARD, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; VERGE
AUSBERRY, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MIRIAM SEGAR, IN HER
INDIVIDUAL AND OFFICIAL CAPACITY; JOHN
DOE (1-10) INDIVIDUALLY AND JANE DOE
(10-20) INDIVIDUALLY

NO.  2026 CW 0719

**JUNE 9, 2026**

---

In Re:   Larry English, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 708092.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**

**CHH**

    **Balfour, J.**, concurs. However, I would issue an order for briefs
on the issue of whether this court should consider an award of damages,
including attorney fees, and the taxing of the costs of the lower or
appellate court, for the filing of a frivolous writ application
pursuant to La. Code Civ. P. art. 2164.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT